COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 05 525

COMMONWEALTH

VS.

EMILIANO GONZALES

---

INDICTMENT
TRAFFICKING IN A CONTROLLED SUBSTANCE
COCAINE (200+ GRAMS)
GENERAL LAWS CHAPTER 94C, SECTION 32E(b)(4)

---

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of June 2005. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**EMILIANO GONZALES**

defendant herein, of Ludlow in the County of Hampden, on or about May 13, 2005, at LUDLOW in the County of Hampden, did traffick in COCAINE or any salt or mixture thereof by knowingly or intentionally manufacturing, distributing or dispensing, or possessing with intent to manufacture, distribute or dispense, or did bring into the Commonwealth a quantity of COCAINE or any salt or mixture thereof, with a net weight of two hundred grams or more.

A TRUE BILL

_____
Foreman of the Grand Jury

_____
Asst. District Attorney

RETURN

HAMPDEN, ss On this 21st day of June, 2005, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk

A true copy:

Attest:

_____
Deputy Assistant Clerk

EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 05  525

COMMONWEALTH

VS.

EMILIANO GONZALES

---

INDICTMENT
TRAFFICKING IN A CONTROLLED SUBSTANCE
COCAINE (100-200 GRAMS)
GENERAL LAWS CHAPTER 94C, SECTION 32E(b)(3)

---

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of June 2005. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**EMILIANO GONZALES**

defendant herein, of Ludlow in the County of Hampden, on or about April 23, 2005, at SPRINGFIELD in the County of Hampden, did traffick in COCAINE or any salt or mixture thereof by knowingly or intentionally manufacturing, distributing or dispensing, or possessing with intent to manufacture, distribute or dispense, or did bring into the Commonwealth a quantity of COCAINE or any salt or mixture thereof, with a net weight of one hundred grams or more, but less than two hundred grams.

**A TRUE BILL**

_____          _____
Foreman of the Grand Jury         Asst District Attorney

RETURN

HAMPDEN, ss  On this 21st day of June, 2005, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk

A true copy:

Attest:

_____
Deputy Assistant Clerk

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

Department of the
Trial Court
Superior Court
NO: GRAND JURY

05 525-1

COMMONWEALTH

v.

EMILIANO GONZALES

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JUN 21 2005

CLERK-MAGISTRATE

### REQUEST FOR WARRANT FROM GRAND JURY PROCEEDINGS

The Commonwealth of Massachusetts by its attorneys, hereby respectfully requests that this Honorable Court issue a warrant in connection with the above-captioned case for the reason that these crimes carry minimum mandatory sentences and/or potential exposure to a lengthy state prison sentence, and the Commonwealth has probable cause to believe the defendant has fled to Canada.

Respectfully requested,

THE COMMONWEALTH

By: _Charles E. Dolan_ (CEH)
Charles E. Dolan
Assistant District Attorney

Issued
6-22-05

DOB: 6/8/70
SSN: 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

A true copy:

Attest: _Suzanne Kelly_
Deputy Assistant Clerk

EXHIBIT
B

| WARRANT | 0579CR000525 | Trial Court of Massachusetts |
|---|---|---|
| Hampden Superior | NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>GONZALEZ, EMILIANO<br>109 STATE STREET<br>SPRINGFIELD, MA | Hampden Superior Court |

TO ANY AUTHORIZED OFFICER:
REASON FOR WARRANT

☒ Representation of prosecutor that defendant may not appear unless arrested.
☐ Defendant failed to appear after being summoned to appear.
☐ Defendant failed to appear after recognizing to appear.
☐ Defendant failed to pay court ordered monies in the amount of $_____.
☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
☐ Defendant failed to appear for Probation Surrender Hearing
☐ Other:

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 06/08/1970 | M | W | 6'03" | 270 | BRO | BRO |

| C.C. # | SOCIAL SECURITY #<br>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 |
|---|---|

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 04/23/2005 | SPRINGFIELD |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| , | SPRINGFIELD P.D. - D |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 06/21/2005 | |

COUNT-OFFENSE
1 - 94C/32E/A COCAINE, TRAFFICKING IN c94C §32E(b)

on 04/23/2005 did traffic in a controlled substance defined in clause (4) of paragraph (a) of Class B of G.L. c.94C, §31, in that the defendant did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, or did bring into this Commonwealth, a net weight of fourteen grams or more of such controlled substance, or a net weight of fourteen grams or more of a mixture containing such controlled substance, to wit: a net weight of 100-200 GRAMS, in violation of G.L. c.94C, §32E(b). (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

COUNT-OFFENSE
1 - 94C/32E/A COCAINE, TRAFFICKING IN c94C §32E(b)

on 04/23/2005 did traffic in a controlled substance defined in clause (4) of paragraph (a) of Class B of G.L. c.94C, §31, in that the defendant did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, or did bring into this Commonwealth, a net weight of fourteen grams or more of such controlled substance, or a net weight of fourteen grams or more of a mixture containing such controlled substance, to wit: a net weight of 200+, in violation of G.L. c.94C, §32E(b). (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

COUNT-OFFENSE

COUNT-OFFENSE

A true copy: Attest: _Suzanne Kelley_ Assistant Clerk

THE COURT HAS ORDERED THAT A ☒ WARRANT ISSUE AGAINST THE ABOVE DEFENDANT
☐ DEFAULT WARRANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| WITNESS: | FIRST JUSTICE<br>Rouse, Barbara J. | DATE OF ISSUE<br>06/22/2005 | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|---|