UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> EMILIANO GONZALES, ) <br> ) <br> Defendant. ) | No. 05mj634KPN |

## GOVERNMENT'S MOTION TO IMPOUND

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to impound the Government's criminal complaint, arrest warrant and supporting affidavit until further order of the Court. As grounds for this motion, the government states that (1) the investigation of Emiliano Gonzales is ongoing and disclosure of the confidential information contained in the criminal complaint, arrest warrant and supporting affidavit could compromise the ongoing investigation.

WHEREFORE, the United States respectfully requests that the Court (1) order the criminal complaint, arrest warrant and supporting affidavit impounded until further order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Ariane D. Vuono
Assistant U.S. Attorney

Dated: June 30, 2005